JOE VOLNEY v. THE STATE.

No. 6730.    Decided March 8, 1922.

Intoxicating Liquor—Possession of Equipment—Repeal of Law.

The offense upon which the judgment rests having been repealed since the conviction, the judgment must be reversed and the prosecution dismissed. Following Francis v. State, 90 Texas Crim. Rep., 67.

Appeal from the District Court of Williamson—Tried below before the Honorable James R. Hamilton.

Appeal from a conviction of unlawful possession of equipment for the manufacture of intoxicating liquor. Penalty, one year imprisonment in the penitentiary.

The opinion states the case.

*Critz & Lawhon,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful possession of equipment for the manufacture of intoxicating liquor;

punishment fixed at confinement in the penitentiary for a period of one year.

The offense upon which the judgment rests having been repealed since the conviction, the judgment must be reversed and the prosecution ordered dismissed. See Francis v. State, 90 Texas Crim. Rep. 67; 235 S. W. Rep. 580.

*Reversed & dismissed.*